UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TELIAH C. PERKINS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-879** |
| **HART, ET AL.** | **SECTION D (2)** |

### AMENDED ORDER

Before the Court is the parties' Joint Motion by Consent to Continue Deadlines for Expert Discovery (R. Doc. 28).

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiff, shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **December 28, 2021**. This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **January 27, 2022**. This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

Written rebuttal reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiff, shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than

**February 4, 2022**. Plaintiff is cautioned that rebuttal reports should be strictly limited to opinions in response to the Defendants' expert reports.

All other dates and deadlines in the current Scheduling Order (R. Doc. 25) remain in effect.

New Orleans, Louisiana, November 4, 2021.

*Wendy B Vitter*
**WENDY B. VITTER**
**United States District Judge**