## EVENT HISTORY DETAILS
ST TAMMANY PARISH SHERIFF'S OFFICE
Event Number – 2020-067884
Case Number(s) – 2020-003884

**Event Details:**
| | | | |
|---|---|---|---|
| Event #: | 2020-067884 | Call Type: 108 – OFFICER NEEDS ASSISTANCE | Priority: 3 |
| Received Date: | 05/05/2020 | Received Time: 15:08:09  Call Taker: 3555 | Position: SGT |
| Sent to Dispatch: | 15:09:03 | Dispatcher: 3909  First at Scene: | Last Clear: 17:58:43 |
| Received From: | Phone Call | Responder:  Mail: NO  Distribution: | |

**Event Location:**
- Common:
- Street: 2018 JAY ST.  SLIDELL     Apt/Suite:
- X-Street: SNIPE ST / PHEASANT ST
- Zone: 23     Map co-ords: OZONE WO

**Complainant:**
- Name:     Contact: ANONYMOUS
- Address: LA     Phone #: (985)
- Alarm Co.:   Ref #:   Op #:

**Narrative**

05/05/20 15:09 3555 SGT:
FEM ON DIRT BIKE THAT LIVES AT ABOVE ADDRESS SPEEDING UP AND DOWN RD RUNNING STOP SIGNS COMP WANTS TO REMAIN ANON

05/05/20 15:22 3873 DIST 2:
VEHICLE: MC648724, LA

05/05/20 15:24 3915 NCIC E:
PERSON: (FML) TELIAH  PERKINS, 36 (05/25/83), BLACK, FEMALE,

05/05/20 15:26 3915 NCIC E:
UPDATED PERSON: (FML) TELIAH  PERKINS, 36 (05/25/83), BLACK, FEMALE, 10-50 LOC/NCIC.. VALID D..W/HX..

05/05/20 15:28 3555 SGT:
FEM REQ SUPERVISOR

05/05/20 15:29 3873 DIST 2:
UNIT(S) 9512-AS TIMER UPDATESEND ME A UNIT W A CAGE.

05/05/20 15:30 3873 DIST 2:
OPP 1033 AT 1529 HOURS, 9512 KEYED UP ASKING FOR ADTL UNIT FAST.

05/05/20 15:31 3873 DIST 2:
9510- STEP IT UP
2414- A MILE AWAY

05/05/20 15:31 3873 DIST 2:
2410- ON GAUSE NOW.

05/05/20 15:32 3873 DIST 2:
9512- 1X DETAINED.

05/05/20 15:32 3873 DIST 2:
9512- SEND EMS FOR ABRASIONS.

05/05/20 15:32 3915 NCIC E:
WRECKER ROTATION OVERIDDEN EAST

05/05/20 15:32 3915 NCIC E:
REQUESTED: A-1 WRECKER ( DAY (985)863-7070) FOR (MC648724)

05/05/20 15:33 3853 CORPORAL:
FIRE NRT

05/05/20 15:35 3873 DIST 2:
9503 C4 ON SCENE

05/05/20 15:40 3873 DIST 2:
UNIT(S) 9512-AR TIMER UPDATE1015 AT 1540 HOURS


EXHIBIT A

**Call Summary:**
Units Dispatched: YES   Case #(s) Assigned: YES   Final Disposition: REPORT TO FOLLOW

## EVENT HISTORY DETAILS (Cont'd)
ST TAMMANY PARISH SHERIFF'S OFFICE
Event Number - 2020-067884
Case Number(s) - 2020-003884

### Event Details:
| | | |
|---|---|---|
| **Event #:** 2020-067884 | **Call Type:** 108 - OFFICER NEEDS ASSISTANCE | **Priority:** 3 |
| **Received Date:** 05/05/2020 | **Received Time:** 15:08:09  **Call Taker:** 3555 | **Position:** SGT |
| **Sent to Dispatch:** 15:09:03 | **Dispatcher:** 3909  **First at Scene:** | **Last Clear:** 17:58:43 |
| **Received From:** Phone Call | **Responder:**  **Mail:** NO  **Distribution:** | |

### Assigned Unit Status' (Cont'd):

05/05/20 15:42 3915 NCIC E:
UPDATED VEHICLE: MC648724, 2012 LA SUZI, MOTORCYCLE

05/05/20 15:42 3873 DIST 2:
UNIT(S) 9512-AR TIMER UPDATE10-22 EMS

05/05/20 15:42 4012 NCIC W:
SLIDELL FIRE WAS ADVISED TO 10-22

05/05/20 16:13 3873 DIST 2:
UNIT(S) 9510-RS TIMER UPDATEA-1 10-8 W THE VEHIC

### Call Summary:
**Units Dispatched:** YES    **Case #(s) Assigned:** YES    **Final Disposition:** REPORT TO FOLLOW