MINUTE ENTRY
VITTER, J.
MAY 2, 2022
JS10, 00:14

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TELIAH C. PERKINS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-879** |
| **HART, ET AL.** | **SECTION D (2)** |

**TELEPHONE STATUS CONFERENCE REPORT & ORDER**

The Court held a telephone status conference on May 2, 2022.

**PRESENT:**

**Keith Cohan, Nora Ahmed, Sean Johnson, Ryan Goldstein, Vince Novelli**
Counsel for Plaintiff Teliah C. Perkins

**Chadwick William Collings and Sarah Fisher**
Counsel for Defendants, Kyle Hart and Ryan Moring

During the Status Conference, the Court discussed the status of the case. **IT IS HEREBY ORDERED** that trial is **CONTINUED** to **August 8, 2022**. All deadlines set in the Trial Preparations and Procedures Order (R. Doc. 60) are **CONTINUED without date** to be set a status conference prior to trial in this matter.

New Orleans, Louisiana, May 2, 2022.

_Wendy B. Vitter_
**WENDY B. VITTER
United States District Judge**
