# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Teliah C. Perkins, Individually and as Parent and Natural Guardian of D.J., a Minor,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Kyle Hart and Ryan Moring,<br><br>　　　　　　　　Defendants. | Civil Action No. 21-879<br><br>Judge: Wendy B. Vitter<br><br>Magistrate Judge: Donna Phillips Currault |

## ORDER

Considering Plaintiff's Consent Motion to Withdraw Vincenzo A. Novelli as Counsel of Record,

IT IS HEREBY ORDERED that the Motion is GRANTED, and Vincenzo A. Novelli is withdrawn.

New Orleans, Louisiana on this _____ day of December, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Wendy B. Vitter
　　　　　　　　　　　　　　　　　　United States District Judge