MINUTE ENTRY
VITTER, J.
APRIL 30, 2024
JS10 – 6:01

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**TELIAH C. PERKINS, ET AL**                                **CIVIL ACTION**

**VERSUS**                                                  **NUMBER: 21-879**

**KYLE HART, ET AL**                                        **SECTION: "D" (2)**

### JURY TRIAL
### DAY 2

| | |
|---|---|
| CASE MANAGER: | Melissa Verdun/Cherie Stouder |
| COURT REPORTER: | Karen Ibos/Toni Tusa |
| LAW CLERKS: | Tate Curington |
| APPEARANCES: | Erin Wheeler, Emma Culotta, Keith Cohan, Nora Ahmed, Ryan Goldstein, Sean Johnson, Counsel for Plaintiff. Andrew Capitelli, Sarah Fisher, Counsel for Defendant. |

Court begins at 9:13 a.m.
Case called.
All present and ready.
Jury comes in.
Plaintiff calls witness, Jeron Perkins, sworn and testified.
Plaintiff tenders witness.
Defendant cross-examines witness, Jeron Perkins.
Plaintiff re-directs.
Plaintiff calls, Deputy Ryan Moring, sworn and testified.
Court recesses at 10:06 a.m.
Court resumes at 10:18 a.m.
Plaintiff continues with Deputy Ryan Moring's testimony.
Defense counsel will examine Deputy Ryan Moring as part of his case.
Plaintiff calls Roger Clark, sworn and testified. Plaintiff proffers witness as an expert in police practices and procedures. Defendant questions witness as to his qualifications as an expert. Court recognizes/qualifies witness Roger Clark as an expert regarding police practices and procedures for reasons stated on the record.
Defendant cross-examines witness, Roger Clark.
Plaintiff re-directs.
Court recesses at 12:10 p.m.
Court resumes at 1:15 p.m.
Plaintiff rests.

CV 21-879 "D"
Page 2- Trial Minutes
April 30, 2024

Defendant orally moves for a Rule 50 Judgment as a Matter of Law reserving argument for a later break outside the presence of the jury.
Defendant calls witness, Ryan Moring.
Plaintiff cross-examines witness, Ryan Moring.
Defendant re-directs.
Defendant calls witness, Kyle Hart, sworn and testified.
Defendant tenders witness.
Court recesses at 3:01 p.m.
Court resumes at 3:19 p.m.
Plaintiff cross-examines witness, Kyle Hart.
Defendant re-directs.
Defendant calls Erin Wright, sworn and testified.
Plaintiff cross-examines, Erin Wright.
Defendant re-directs.
Jury instructed for overnight recess.
Out of the presence of the jury- the defendant proffers Exhibit 1 which are seven (7) photographs of Deputy Kyle Hart's injuries. Plaintiff states his objection as stated on the record. The Court will admit proffered Exhibit 1 for appellate purposes for reasons stated on the record.
Out of the presence of the jury- Defendant orally moves for a Rule 50 Motion for Dismissal of plaintiff's state law Intentional Infliction of Emotional Distress claim. Plaintiff argues the motion. The Court **DEFERS** ruling on defendant's oral Rule 50 Motion for Dismissal of plaintiff's state law claim until the matter is considered by the jury for reasons stated on the record.
Trial will continue at 8:30 a.m. on Wednesday, May 1, 2024.
Court Adjourned at 4:49 p.m.

WBV