UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DE'SHAUN JOHNSON, ET AL. | CIVIL ACTION |
| VERSUS | NO. 21-879 |
| RYAN MORING, ET AL. | SECTION: D (2) |

## VERDICT FORM

*ALL VERDICTS MUST BE UNANIMOUS*

### I. First Amendment Retaliation Claim

**Question No. 1:**

Do you find that Plaintiff De'Shaun Johnson proved by a preponderance of the evidence that Defendant Ryan Moring violated Plaintiff De'Shaun Johnson's constitutional right to be free from retaliation for exercising his First Amendment rights?

Yes _____   No ✓

*If you answered YES to Question 1, please proceed to Question 2.*
*If you answered NO to Question 1, please proceed to Question 8.*

**Question No. 2:**

It is Plaintiff De'Shaun Johnson's burden to prove by a preponderance of the evidence that Defendant Ryan Moring is **not** entitled to Qualified Immunity. Do you find that Defendant Ryan Moring is entitled to Qualified Immunity as to the claim alleged in Question 1, that is, did Defendant Ryan Moring reasonably believe that his actions taken on May 5, 2020 were lawful in light of the clearly established law and the information he possessed?

Yes, entitled to Qualified Immunity _____

No, not entitled to Qualified Immunity _____

*If you answered YES to Question 2, please proceed to Question 8.*
*If you answered NO to Question 2, please proceed to Question 3.*

1

**Question No. 3:**

Do you find that Plaintiff De'Shaun Johnson proved by a preponderance of the evidence that Defendant Ryan Moring committed a technical violation of Plaintiff De'Shaun Johnson's constitutional right to be free from retaliation for exercising his First Amendment rights, but that Plaintiff De'Shaun Johnson sustained no compensatory damages as a result of the technical violation?

Yes _____            No _____

*If you answered **YES** to Question 3, please proceed to Question 4.*
*If you answered **NO** to Question 3, please **SKIP** Question 4 and proceed to Question 5.*

**Question No. 4:**

What amount do you award to Plaintiff De'Shaun Johnson as <u>nominal</u> damages for Defendant Ryan Moring's technical violation of Plaintiff De'Shaun Johnson's constitutional right to be free from retaliation for exercising his First Amendment rights?

$_____

*If you answered **YES** to Question 3 and answered Question 4, please **SKIP** Question 5 and proceed to Question 6.*

**Question No. 5:**

What amount, if any, do you award to Plaintiff De'Shaun Johnson as <u>compensatory</u> damages for his First Amendment retaliation claim?

$_____

*Please proceed to Question 6*

**Question No. 6:**

Do you find that Plaintiff De'Shaun Johnson proved by a preponderance of the evidence that Defendant Ryan Moring acted with malice or reckless indifference to the constitutional right of Plaintiff De'Shaun Johnson to be free from retaliation for exercising his First Amendment rights?

Yes _____            No _____

*If you answered **YES** to Question 6, please proceed to Question 7.*
*If you answered **NO** to Question 6, please **SKIP** Question 7 and proceed to Question 8.*

**Question No. 7:**

What amount, if any, do you award to Plaintiff De'Shaun Johnson as <u>punitive</u> damages for Defendant Ryan Moring's malicious or reckless indifference to Plaintiff De'Shaun Johnson's constitutional rights?

$_____

*Please proceed to Question 8.*


**II. Intentional Infliction of Emotional Distress Under Louisiana Law**

**Question No. 8:**

Do you find that Plaintiff De'Shaun Johnson proved by preponderance of the evidence that Defendant Ryan Moring took actions that constitute Intentional Infliction of Emotional Distress under Louisiana law?

Yes ✓            No _____

*If you answered **YES** to Question 8, please proceed to Question 9.*
*If you answered **NO** to Question 8, **STOP**, you have completed your deliberations. Please have the jury foreperson sign and date below and alert court staff that you have reached a verdict.*

3

**Question No. 9:**

What amount, if any, do you award to Plaintiff De'Shaun Johnson in <u>compensatory</u> damages for his Intentional Infliction of Emotional Distress Claim?

$ $185,000

*You have completed your deliberations. Please have the jury foreperson sign and date below and alert court staff that you have reached a verdict.*

**Please have the jury foreperson sign and date this Jury Verdict Form and return it to the Court.**

New Orleans, Louisiana, this 1st day of May, 2024.



JURY FOREPERSON