**United States District Court for the Eastern
District of Louisiana
Docket Number 21-879**

| | |
|---|---|
| De'Shaun Johnson, Plaintiff<br><br>v.<br><br>Ryan Moring, Defendant | **Notice of Appeal** |

Defendant, Deputy Ryan Moring appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on May 17, 2024 [R. Doc. 132].

s/ *Andrew R. Capitelli*
_____
**ANDREW R. CAPITELLI          # 31649**
**SARAH A. FISHER               # 39881**
**MILLING BENSON WOODWARD L.L.P.**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone:    (985) 292-2000**
**Facsimile:    (985) 292-2001**
***Counsel for Ryan Moring, Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on June 14, 2024, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

s/ *Andrew R. Capitelli*
_____
**ANDREW R. CAPITELLI**