UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TELIAH PERKINS                                              CIVIL ACTION

VERSUS                                                      NO. 21-879

KYLE HART, ET AL.                                           SECTION: D (2)

## ORDER

    Before the Court is a Motion for Taxation of Costs[1] and a Motion for Attorney's Fees[2] filed by Defendant Ryan Moring as well as a Motion for Attorneys' Fees[3] and a Motion to Tax Costs[4] filed by Plaintiff De'Shaun Johnson.  The assigned United States Magistrate Judge issued a Report and Recommendation recommending that this Court grant Plaintiff's Motion to Tax Costs and deny Plaintiff's Motion for Attorneys' Fees and Defendant's Motion for Taxation of Costs and Motion for Attorney's Fees.[5]  Neither party has filed objections to the Magistrate Judge's Report and Recommendation.

    After careful consideration of the record, the applicable law, the Report and Recommendation of the Magistrate Judge, and the lack of any objections by the parties thereto, the Court hereby approves the Report and Recommendation and adopts it as its opinion in this matter.

    Accordingly, **IT IS HEREBY ORDERED** that the Plaintiff's Motion to Tax Costs is **GRANTED**.

---

[1] R. Doc. 133.
[2] R. Doc. 134.
[3] R. Doc. 135.
[4] R. Doc. 136.
[5] R. Doc. 155.

**IT IS FURTHER ORDERED** that Plaintiff be declared the prevailing party for purposes of Rule 54(d), and that he be awarded costs in an amount to be determined by the Clerk of Court in accordance with Local Rules 54.3 and 54.3.1.

**IT IS FURTHER ORDERED** that Defendant's Motion for Taxation of Costs is **DENIED**, for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant's Motion for Attorney's Fees is **DENIED**, for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorneys' Fees is **DENIED**, for the reasons stated in the Report and Recommendation.

New Orleans, Louisiana, August 7, 2024.

**WENDY B. VITTER**
**United States District Judge**